FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Feb 21, 2024
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

AO ___  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
Eastern District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |
| V. | |
| Black, Marquata Patrice | Case Number: 4:18-cr-00030-01-KGB |
| | USM Number: 31805-009 |
| Date of Original Judgment: 5/6/2022 (Or Date of Last Amended Judgment) | Bill James<br>Defendant's Attorney at Sentencing |

Upon motion of ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of __188__ months is reduced to __151 months__ .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): __36__          Amended Offense Level: __34__
  Criminal History Category: __I__             Criminal History Category: __I__
Previous Guideline Range: __188__ to __235__ months   Amended Guideline Range: __151__ to __188__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant
   at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)


Except as provided above, all provisions of the judgment dated __5/6/2022__ shall remain in effect.

**IT IS SO ORDERED.**

__February 21, 2024__                                   __Kristine G. Baker__
Order Date                                              Signature of Judge

                                                        U.S. District Judge Kristine G. Baker
_____                                             _____
Effective Date (if delayed)                             Name and Title of Judge